UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

'09 OCT 15 A11 50

UNITED STATES OF AMERICA,

        Plaintiff, JON W. SANFILIPPO
                  CLERK

    v.

Case No. **09 CR-254**

LAMAR WALTON,
VERNELL BULLOCK,
COREY WINTERS,
MICHAEL RILEY,
WILLIE MOHOMES,
UNDRAY BRADLEY,
KENDALL BURTON,
JEFFREY JONES,
ELTON CARTER,
JEFFREY CARTER,
RODERICK DAVIS,
DURLYN EDDMONDS,
JERRY GREER,
DAWAN HOWARD,
SAM LIPSEY,
FRANWAN MATHIS,
IAN REED, and
AARON SEYMORE,

[Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C); and Title 18, United States Code, Sections 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), and 2.]

        Defendants.

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

1. Beginning by at least 1996, and continuing until at least October, 2008, in the State and Eastern District of Wisconsin and elsewhere,

                **LAMAR WALTON,**
                **VERNELL BULLOCK,**

COREY WINTERS,
MICHAEL RILEY,
WILLIE MOHOMES,
UNDRAY BRADLEY,
KENDALL BURTON,
JEFFREY JONES,
ELTON CARTER,
JEFFREY CARTER,
RODERICK DAVIS,
DURLYN EDDMONDS,
JERRY GREER,
DAWAN HOWARD,
SAM LIPSEY,
FRANWAN MATHIS,
IAN REED, and
AARON SEYMORE,

knowingly and intentionally conspired with each other and persons known and unknown to the grand jury to possess with the intent to distribute and distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

 2. The offense involved 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance; 50 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

In approximately October, 2006, in the State and Eastern District of Wisconsin,

**UNDRAY BRADLEY, KENDALL BURTON, and JEFFREY JONES,**

the defendants herein, knowingly brandished a firearm in furtherance of the drug trafficking crime charged in Count One of this indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

3

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 25, 2007, in the State and Eastern District of Wisconsin,

**DURLYN EDDMONDS and JEFFREY GREER,**

the defendants herein, knowingly discharged a firearm in furtherance of the drug trafficking crime charged in Count One of this indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

4

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 3, 2008, in the State and Eastern District of Wisconsin,

**SAM LIPSEY,**

the defendant herein, knowingly and intentionally distributed a mixture and substance containing cocaine, a Schedule II controlled substance, and 5 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE NOTICE

All property of the defendants constituting or derived from any proceeds obtained as a result of the offenses set forth in Counts One and Four, and all property of the defendants used or intended to be used to commit or facilitate the commission of the offenses, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The properties subject to forfeiture includes a personal money judgment in an unspecified amount, representing the amount of unseized proceeds obtained as a result of the controlled substance offenses set forth in Counts One and Four.

A TRUE BILL:

███████████████████████
FOREPERSON

Dated: 10/15/09

_____
MICHELLE L. JACOBS
United States Attorney

6