U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Lamar Walton | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |
| Has warrant been issued? No | When? | By Whom? | When? |
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? Yes - Waukesha County Jail | Where? | | |
| Pretrial Scheduling Conference Necessary? | X☐ YES | ☐ NO | |

| Issue: WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge: | Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent: DEA/Matt McCarthy and Jim Krueger

OCDETF: Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Vernell Bullock | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? Yes - Milwaukee County Jail | Where? | | |
| Pretrial Scheduling Conference Necessary? | ☒ YES | ☐ NO | |

| Issue: WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒     Green Bay Case ☐

Minor Offense

Petty Offense

| Arraignment & plea before: | Judge: | Magistrate: |
|---|---|---|

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:   DEA/Matt McCarthy and Jim Krueger

OCDETF:          Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Corey Winters | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |

| Pretrial Scheduling Conference Necessary? | X☐ YES | ☐ NO |
|---|---|---|

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| X | | | | XX |

Milwaukee Case ☒        Green Bay Case ☐

Minor Offense

Petty Offense

| Arraignment & plea before: | Judge: | Magistrate: |
|---|---|---|

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. *21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)* | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:        DEA/Matt McCarthy and Jim Krueger

OCDETF:        Yes

| | |
|---|---|
| Name of Defendant: Michael Riley | Address: City, State and Zip Code): Unknown |
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |
| Has warrant been issued? No | When?  By Whom?  When? |
| Has warrant been executed? No | When?  Where? |
| Has defendant appeared before a Magistrate? No | When?  Who? |
| Is the defendant in custody? Yes - Kenosha County Jail | Where? |
| Pretrial Scheduling Conference Necessary? | X☐ YES  ☐ NO |

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| X | | | | XX |

Milwaukee Case ☒       Green Bay Case ☐

| |
|---|
| Minor Offense |
| Petty Offense |
| Arraignment & plea before:       Judge:       Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:   DEA/Matt McCarthy and Jim Krueger

OCDETF:            Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Willie Mohomes | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |
| Has warrant been issued? No | When? | By Whom? | When? |
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? Yes - state custody - Oshkosh Correctional Institution | Where? | | |
| Pretrial Scheduling Conference Necessary? | X☐ YES | ☐ NO | |

| Issue: | | | | |
|---|---|---|---|---|
| WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |

Milwaukee Case ☒       Green Bay Case ☐

| Minor Offense |
| Petty Offense |
| Arraignment & plea before:       Judge:       Magistrate: |

(The above information to be furnished in duplicate (1 copy for file end 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. *21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)* | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:   DEA/Matt McCarthy and Jim Krueger

OCDETF:       Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Undray Bradley | | | Address: City, State and Zip Code): Unknown | |
|---|---|---|---|---|
| Date of Birth: Not supplied due to E-Government Act | | Occupation: Unknown | | |
| Name of Defendant's Attorney: Unknown | | | Address of Defendant's Attorney: Unknown | |
| Name of Assistant U.S. Attorney: Brian J. Resler | | | | |
| Has warrant been issued? No | When? | By Whom? | When? | |
| Has warrant been executed? No | When? | Where? | | |
| Has defendant appeared before a Magistrate? No | When? | Who? | | |
| Is the defendant in custody? No | Where? | | | |
| Pretrial Scheduling Conference Necessary? | | X☐ YES | ☐ NO | |
| Issue: WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |
| Use (Brandishing) of a Firearm in Relation to a Drug Trafficking Offense 18 U.S.C. § 924(c) | 7 years years to life imprisonment; $250,000 fine; 5 years S.R.; $100 S.A. |

**Agency/Agent:** DEA/Matt McCarthy and Jim Krueger

**OCDETF:** Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Kendall Burton | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |
| Has warrant been issued? No | When?  By Whom?  When? |
| Has warrant been executed? No | When?  Where? |
| Has defendant appeared before a Magistrate? No | When?  Who? |
| Is the defendant in custody? No | Where? |
| Pretrial Scheduling Conference Necessary? | X☐ YES  ☐ NO |

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| X | | | | XX |

Milwaukee Case ☒    Green Bay Case ☐

| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge:    Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |
| Use (Brandishing) of a Firearm in Relation to a Drug Trafficking Offense 18 U.S.C. § 924(c) | 7 years years to life imprisonment; $250,000 fine; 5 years S.R.; $100 S.A. |

**Agency/Agent:** DEA/Matt McCarthy and Jim Krueger

**OCDETF:** Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant:<br>Jeffrey Jones | Address: City, State and Zip Code):<br>Unknown | | | |
|---|---|---|---|---|
| Date of Birth:<br>Not supplied due to E-Government Act | Occupation: Unknown | | | |
| Name of Defendant's Attorney:<br>Unknown | Address of Defendant's Attorney:<br>Unknown | | | |
| Name of Assistant U.S. Attorney:<br>Brian J. Resler | | | | |
| Has warrant been issued?<br>No | When? | By Whom? | When? | |
| Has warrant been executed?<br>No | When? | Where? | | |
| Has defendant appeared before a Magistrate?<br>No | When? | Who? | | |
| Is the defendant in custody?<br>No | Where? | | | |
| Pretrial Scheduling Conference Necessary? | X☐ YES | ☐ NO | | |
| Issue:<br>WARRANT<br>X | SUMMONS | NOTICE | MISDEMEANOR | FELONY<br>XX |
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | | Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance.<br>21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |
| Use (Brandishing) of a Firearm in Relation to a Drug Trafficking Offense<br>18 U.S.C. § 924(c) | 7 years years to life imprisonment; $250,000 fine; 5 years S.R.; $100 S.A. |

Agency/Agent: DEA/Matt McCarthy and Jim Krueger

OCDETF: Yes

| Name of Defendant: Elton Carter | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |

| Has warrant been issued? No | When? | By Whom? | When? | |
|---|---|---|---|---|
| Has warrant been executed? No | When? | Where? | | |
| Has defendant appeared before a Magistrate? No | When? | Who? | | |
| Is the defendant in custody? No | Where? | | | |
| Pretrial Scheduling Conference Necessary? | X☐ YES | ☐ NO | | |

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| X | | | | XX |

Milwaukee Case ☒         Green Bay Case ☐

Minor Offense

Petty Offense

Arraignment & plea before:          Judge:          Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. *21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)* | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:   DEA/Matt McCarthy and Jim Krueger

OCDETF:          Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant:<br>Jeffrey Carter | | Address: City, State and Zip Code):<br>Unknown | | |
|---|---|---|---|---|
| Date of Birth:<br>Not supplied due to E-Government Act | | Occupation: Unknown | | |
| Name of Defendant's Attorney:<br>Unknown | | Address of Defendant's Attorney:<br>Unknown | | |
| Name of Assistant U.S. Attorney:<br>Brian J. Resler | | | | |
| Has warrant been issued?<br>No | When? | By Whom? | When? | |
| Has warrant been executed?<br>No | When? | Where? | | |
| Has defendant appeared before a Magistrate?<br>No | When? | Who? | | |
| Is the defendant in custody?<br>No | Where? | | | |
| Pretrial Scheduling Conference Necessary? | | X☐ YES | ☐ NO | |
| Issue:<br>WARRANT<br>X | SUMMONS | NOTICE | MISDEMEANOR | FELONY<br>XX |
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance.<br>21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

**Agency/Agent:**   DEA/Matt McCarthy and Jim Krueger

**OCDETF:**            Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| | |
|---|---|
| Name of Defendant:<br>Roderick Davis | Address: City, State and Zip Code):<br>Unknown |
| Date of Birth:<br>Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney:<br>Unknown | Address of Defendant's Attorney:<br>Unknown |
| Name of Assistant U.S. Attorney:<br>Brian J. Resler | |

| | | | | |
|---|---|---|---|---|
| Has warrant been issued?<br>No | When? | By Whom? | When? | |
| Has warrant been executed?<br>No | When? | Where? | | |
| Has defendant appeared before a Magistrate?<br>No | When? | Who? | | |
| Is the defendant in custody?<br>No | Where? | | | |
| Pretrial Scheduling Conference Necessary? | ☒ YES | ☐ NO | | |

| Issue:<br>WARRANT<br>X | SUMMONS | NOTICE | MISDEMEANOR | FELONY<br>XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge: | Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| **Conspiracy to distribute and possess with intent to distribute a controlled substance.**<br>**21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)** | **10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA** |

Agency/Agent: DEA/Matt McCarthy and Jim Krueger

OCDETF: Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant:<br>Durlyn Eddmonds | Address: City, State and Zip Code):<br>Unknown | | |
|---|---|---|---|
| Date of Birth:<br>Not supplied due to E-Government Act | Occupation: Unknown | | |
| Name of Defendant's Attorney:<br>Unknown | Address of Defendant's Attorney:<br>Unknown | | |
| Name of Assistant U.S. Attorney:<br>Brian J. Resler | | | |
| Has warrant been issued?<br>No | When? | By Whom? | When? |
| Has warrant been executed?<br>No | When? | Where? | |
| Has defendant appeared before a Magistrate?<br>No | When? | Who? | |
| Is the defendant in custody?<br>No | Where? | | |
| Pretrial Scheduling Conference Necessary? | X☐ YES | ☐ NO | |

| Issue:<br>WARRANT<br>X | SUMMONS | NOTICE | MISDEMEANOR | FELONY<br>XX |
|---|---|---|---|---|
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance.<br>*21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)* | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |
| Use (Discharge) of a Firearm in Relation to a Drug Trafficking Offense<br>*18 U.S.C. § 924(c)* | 10 years to life imprisonment; $250,000 fine; 5 years S.R.; $100 S.A. |

**Agency/Agent:** DEA/Matt McCarthy and Jim Krueger

**OCDETF:** Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Jerry Greer | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |
| Has warrant been issued? No | When?  By Whom?  When? |
| Has warrant been executed? No | When?  Where? |
| Has defendant appeared before a Magistrate? No | When?  Who? |
| Is the defendant in custody? No | Where? |
| Pretrial Scheduling Conference Necessary? | X☐ YES    ☐ NO |

| Issue: | | | | |
|---|---|---|---|---|
| WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |

Milwaukee Case ☒         Green Bay Case ☐

| Minor Offense |
|---|
| Petty Offense |
| Arraignment & plea before:     Judge:       Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. *21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)* | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |
| Use (Discharge) of a Firearm in Relation to a Drug Trafficking Offense *18 U.S.C. § 924(c)* | 10 years to life imprisonment; $250,000 fine; 5 years S.R.; $100 S.A. |

**Agency/Agent:** DEA/Matt McCarthy and Jim Krueger

**OCDETF:**         Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Dawan Howard | | | Address: City, State and Zip Code): Unknown | |
|---|---|---|---|---|
| Date of Birth: Not supplied due to E-Government Act | | Occupation: Unknown | | |
| Name of Defendant's Attorney: Unknown | | | Address of Defendant's Attorney: Unknown | |
| Name of Assistant U.S. Attorney: Brian J. Resler | | | | |
| Has warrant been issued? No | When? | By Whom? | | When? |
| Has warrant been executed? No | When? | Where? | | |
| Has defendant appeared before a Magistrate? No | When? | Who? | | |
| Is the defendant in custody? Where? Yes - state custody - Redgranite Correctional Institution | | | | |
| Pretrial Scheduling Conference Necessary? | | X☐ YES | ☐ NO | |
| Issue: WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:   DEA/Matt McCarthy and Jim Krueger

OCDETF:            Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Sam Lipsey | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |
| Has warrant been issued? No | When? By Whom? When? |
| Has warrant been executed? No | When? Where? |
| Has defendant appeared before a Magistrate? No | When? Who? |
| Is the defendant in custody? Yes - state custody - Ozaukee County Jail | Where? |
| Pretrial Scheduling Conference Necessary? | ☒ YES    ☐ NO |

| Issue: | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| WARRANT X | | | | XX |

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge:    Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |
| Distribution of Cocaine Base 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | 20 years imprisonment; $250,000 fine; 3 years to life S.R.; $100 S.A. |

Agency/Agent: DEA/Matt McCarthy and Jim Krueger

OCDETF: Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Franwan Mathis | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |
| Pretrial Scheduling Conference Necessary? | X☐ YES | ☐ NO | |

| Issue: WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒        Green Bay Case ☐

Minor Offense

Petty Offense

Arraignment & plea before:        Judge:        Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:   DEA/Matt McCarthy and Jim Krueger

OCDETF:            Yes

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Ian Reed | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of Assistant U.S. Attorney: Brian J. Resler | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |
| Pretrial Scheduling Conference Necessary? | X☐ YES | ☐ NO | |

| Issue: WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒    Green Bay Case ☐

| Minor Offense |
|---|
| Petty Offense |
| Arraignment & plea before:    Judge:    Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:   DEA/Matt McCarthy and Jim Krueger

OCDETF:          Yes

| Name of Defendant: Aaron Seymore | | Address: City, State and Zip Code): Unknown | | |
|---|---|---|---|---|
| Date of Birth: Not supplied due to E-Government Act | | Occupation: Unknown | | |
| Name of Defendant's Attorney: Unknown | | Address of Defendant's Attorney: Unknown | | |
| Name of Assistant U.S. Attorney: Brian J. Resler | | | | |
| Has warrant been issued? No | When? | By Whom? | When? | |
| Has warrant been executed? No | When? | Where? | | |
| Has defendant appeared before a Magistrate? No | When? | Who? | | |
| Is the defendant in custody? No | Where? | | | |
| Pretrial Scheduling Conference Necessary? | | X☐ YES | ☐ NO | |
| Issue: WARRANT X | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Charge | Penalties |
|---|---|
| Conspiracy to distribute and possess with intent to distribute a controlled substance. 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 10 years-life imprisonment; $4,000,000 fine; 5 years to life SR; $100 SA |

Agency/Agent:   DEA/Matt McCarthy and Jim Krueger

OCDETF:               Yes